THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUISE C. REDFIELD, Appellant, *v.* JOSEPH MURRAY et al., as Commissioners, etc., Respondents.

Reported below, 87 Hun, 393.
(Argued October 21, 1895; decided November 26, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 14, 1895, which dismissed a writ of certiorari.

*Robert L. Redfield* for appellant.

*Gibson Putzel* for respondents.

Order affirmed, with costs, on opinion below.
All concur.

---

JOSEPH FOWLER, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

Reported below, 74 Hun, 141.
(Argued October 23, 1895; decided November 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 18, 1893, which affirmed a judgment in favor of defendant, dismissing the complaint, entered upon a verdict directed by the court.

*J. Newton Fiero* for appellant.

*Hamilton Harris* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except FINCH, J., not sitting,